United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DANIEL TORRES,

    Defendant.

Case No.: CR 12-00049 CW (KAW)

DETENTION ORDER

## I.  DETENTION ORDER

Defendant Daniel Torres is charged in a criminal complaint with violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).  On April 20, 2012, the United States moved for Defendant's detention and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f).  Pretrial Services prepared a criminal history report.  At the April 25, 2012 detention hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, thereby retaining his right to raise any additional relevant information at a later hearing.  The Court notes that Defendant is subject to an outstanding warrant in state court.

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1

1 sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable
2 opportunity for private consultation with counsel.  On order of a court of the United States or on
3 request of an attorney for the Government, the person in charge of the corrections facility in
4 which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of
5 an appearance in connection with a court proceeding.

6     IT IS SO ORDERED.

8 Dated: April 25, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge